**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2175**

_____

WILLIAM REESE,

                                        Plaintiff - Appellant,

        versus


SCIENCE APPLICATIONS INTERNATIONAL CORPORATION
INFORMATION SERVICES-RESERVE COMPONENT AUTOMA-
TION SYSTEM, formerly known as Boeing Infor-
mation Services-Reserve Component Automation
System; BOEING INFORMATION SERVICES-RESERVE
COMPONENT AUTOMATION SYSTEM,

                                        Defendants - Appellees,

        and


ROBERT BEYSTER, Chairman and Chief Executive
Officer, Science Applications International
Corporation; PHILIP CONDIT, Chief Executive
Officer, Boeing Company; WILLIAM DELANY,
President, Science Applications International
Corporation-Information Services (formerly
known as Boeing Information Services); DOUG
PENNER, Controller, Science Applications In-
ternational Corporation-Information Services
(formerly known as Boeing Information
Services); BEN DOLE, Program Manager, Science
Applications International Corporation-Infor-
mation Services-Reserve Component Automation
System (formerly known as Boeing Information
Services-Reserve Component Automation System);
JANA BRESSON, Human Resources Manager, Science
Applications International Corporation-
Information Services-Reserve Component Automa-
tion System) (formerly known as Boeing Infor-
mation Services-Reserve Component Automation

System); WILLIAM MCGARRETT, Business Manager, Science Applications International Corporation-Information Services-Reserve Component Automation System (formerly known as Boeing Information Services-Reserve Component Automation System); JOE TOTH, Finance Manager, Science Applications International Corporation-Information Services-Reserve Component Automation System) (formerly known as Boeing Information Services-Reserve Component Automation System); CARL RUGGIERO, Cost Management Manager, Science Applications International Corporation-Information Services-Reserve Component Automation System (formerly known as Boeing Information Services-Reserve Component Automation System); FREDRICK ZOESCH, Business Planing Manager, Science Applications International Corporation-Information Services-Reserve Component Automation System (formerly known as Boeing Information Services-Reserve Component Automation System); JOY PETRUZZI, Manager Performance Reporting, Science Applications International Corporation-Information Services-Reserve Component Automation System (formerly known as Boeing Information Services-Reserve Component Automation System; JIM KIENHOFER, Program Planning Manager, Science Applications International Corporation-Information Services-Reserve Component Automation System (formerly known as Boeing Information Services-Reserve Component Automation System),

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-99-1167-A)

---

Submitted: June 20, 2001          Decided: July 19, 2001

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

2

Affirmed by unpublished per curiam opinion.

―――――――――

William Reese, Appellant Pro Se. Robert Ronold Sparks, Jr., HERGE, SPARKS & CHRISTOPHER, McLean, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William L. Reese appeals the district court's order granting summary judgment in favor of Science Applications International Corporation, Inc. ("SAIC"), as to his claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2000), and 42 U.S.C. § 1981 (1994). We have reviewed the briefs, the record, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Reese v. Science Applications Int'l Corp., No. CA 99-1167-A (E.D. Va. July 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED